USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 7/15/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARY WEST, *on behalf of herself and all others similarly situated*,

                Plaintiff,

v.

GLENBROOK FARMS HERBS AND SUCH, INC.,

                Defendant.

20-CV-3777 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    On May 22, 2020, the Court ordered that, within thirty (30) days of service of the summons and complaint, the parties must meet and confer for at least one hour in a good-faith attempt to settle this action. Dkt. 5. The Court further ordered that within fifteen (15) additional days (i.e., within forty-five (45) days of service of the summons and complaint), the parties must submit a joint letter requesting that the Court either (1) refer the case to mediation or a magistrate judge (and indicate a preference between the two options), or (2) schedule an initial status conference in the matter. *Id*.

    On June 11, 2020, Plaintiff filed an affidavit of service averring that Defendant was served on May 21, 2020. Dkt. 6. The parties have not, however, filed the letter required by the Court's May 22, 2020 Order. They shall do so no later than August 5, 2020.

    In addition, Defendant's answer was due on June 11, 2020. On July 9, 2020, Lucinda Jenkins, the owner of Defendant, filed a pro se answer. That answer was docketed on July 13, 2020. Dkts. 7-8. Yet because Defendant is a corporation, it may not proceed pro se through Ms. Jenkins because "it is well established that a layperson may not represent a corporation." *Pridgen v. Andresen*, 113 F.3d 391, 393 (2d Cir. 1997) (citation omitted). Accordingly, no later

than July 29, 2020, Defendant shall secure counsel and that counsel shall enter an appearance in this action.  Defendant may seek assistance from the New York Legal Assistance Group's Legal Clinic for Pro Se Litigants, available at 212-659-6190.

The Clerk of Court is respectfully directed to mail this Order to Defendant at the address listed on the first page of Dkt. 8.

SO ORDERED.

Dated:   July 15, 2020
         New York, New York

                                            Ronnie Abrams
                                            United States District Judge